IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

SHELETHA ADAMS                                                                    PLAINTIFF

v.                                                                    CASE NO. 1:23cv015-DMB-RP

S&S DELIVERY SERVICES, INC.                                                        DEFENDANT

**JURY TRIAL DEMANDED**

FIRST AMENDED COMPLAINT

Sheletha Adams files this complaint against S&S Delivery Services, Inc. Adams seeks relief under Title VII of the Civil Rights Act. Sheletha has received two right-to-sue letters, and they are both attached as Exhibit 1 to this complaint.

PARTIES

1.      Sheletha Adams is a resident citizen of Tupelo, Mississippi.

2.      S&S Delivery Services, Inc. ("S&S Delivery") is a package delivery service that provides services for FedEx Ground in and around the Tupelo, Mississippi area. S&S may be served through its registered agent, Donald C. Smith, at 1518 Presley Circle, Tupelo, MS 38804.

3.      S&S Delivery employed Adams from Fall 2018 until she was constructively discharged in 2022.

JURISDICTION AND VENUE

4.      Sheletha's claims arise under federal law and, thus, the Court has jurisdiction over this matter under 28 U.S.C. § 1331 and the specific jurisdiction-conferring provisions of Title VII.

5.       The acts of discrimination of which Sheletha complains took place in and around Lee County, Mississippi, where Sheletha was employed. This Court, which sits in the Division and the District serving Lee County, is the proper venue.

BACKGROUND AND FACTS

6. Sheletha is a female who was working in a mostly-male profession as a delivery driver for S&S Delivery. At S&S Delivery, more than 90% of the drivers of the were male.

7. Sheletha began working for S&S Delivery in Fall 2018 and had repeatedly shown initiative and interest in advancing in the company. Sheletha had, more than once, voiced her desire to work in the business contact/driver role, a position that carried more responsibilities, fixed (and increased) pay, and improved benefits. In fact, in 2019, Sheletha had already been performing many of the job functions that a business contact/driver would perform.

8. In December 2021, Sheletha was surprised to discover that driver Greg Bolden, a male driver, had been promoted to the business contact/driver position.

9. Although Greg's tenure at S&S Delivery was less than half of Sheletha's tenure, he was engaged in an amorous relationship and fathered a child with an administrative assistant at S&S Delivery. That assistant was related to two of the decisionmakers that passed over Sheletha in favor of Greg.

10. Even though Sheletha had expressed interest in the position, S&S Delivery did not post the job opening, and no-one even informed her that S&S Delivery was looking to hire a business contact/driver. Needless to say, Sheletha was not male and did not father a child that was related to two key decisionmakers.

11. On June 6, 2022, Sheletha filed a charge with the EEOC based on S&S Delivery's failure to promote her.

12. After she filed the charge, S&S Delivery began taking affirmative steps to make it practically impossible to perform her job.

2

13.     For example, S&S Delivery employees would block Sheletha's delivery truck with another truck, hide the keys from her, and then refuse to answer when she asked where the keys were so that she could make her scheduled deliveries.

14.     S&S Delivery personnel also intentionally and physically damaged the truck that Sheletha was supposed to drive, and S&S refused to perform necessary maintenance and repairs to her truck.

15.     All of this culminated in our about late July 2022. Given the affirmative acts of retaliation and hostile or abusive environment created by S&S Delivery, Sheletha felt she had no choice but to resign.

16.     Sheletha brings the following claims for relief.

COUNT 1
SEX DISCRIMINATION

17.     Because of her sex, Sheletha has been subject to adverse employment actions, including but not limited to:

 a.  Failure to promote to business contact;

 b.  Hostile or abusive workplace; and

 c.  Constructive discharge

18.     These adverse decisions and actions were taken because Sheletha is female.

19.     Alternatively, Sheletha's sex was at least a motivating factor in these adverse decisions.

20.     In these ways, S&S Delivery has violated the anti-discrimination provisions of Title VII.

COUNT 2
RETALIATION

21.     Sheletha engaged in activity protected by Title VII by an EEOC charge on July 6, 2022.

3

22.     After filing this charge, S&S retaliated against Sheletha creating a hostile and abusive workplace and by forcing her constructive discharge.

23.     Specifically, S&S Delivery employees would block Sheletha's delivery truck with another truck, hide the keys from her, and then refuse to answer when she asked where the keys were so that she could make her scheduled deliveries.

24.     S&S Delivery personnel also intentionally and physically damaged the truck that Sheletha was supposed to drive, and S&S refused to perform necessary maintenance and repairs to her truck.

25.     These actions would have dissuaded a reasonable worker from making a charge of discrimination. They were taken in retaliation for the EEOC charge that Sheletha had filed.

26.     In this way, S&S has violated the anti-retaliation provisions of Title VII.

RELIEF

To remedy the violations identified in this complaint, Sheletha requests:

    i.     back pay
    ii.    lost benefits
    iii.   costs associated with employment search
    iv.    front pay
    v.     lost benefits
    vi.    compensatory damages for emotional distress, any medical expenses, pain and suffering, and any other non-income related injuries
    vii.   punitive damages
    viii.  attorneys' fees
    ix.    expenses
    x.     costs
    xi.    any other legal or equitable relief that may be appropriate

Respectfully submitted, this the 25th day of January, 2023.

SHELETHA ADAMS

*/s/ Grafton E. Bragg*
GRAFTON E. BRAGG

4

GRAFTON E. BRAGG (MSB # 104821)
BraggLaw, PLLC
1060 East County Line Road
Suite 3A-120
Ridgeland, MS 39157
601.624.1153
grafton@graftonbragglaw.com